■ CESAR PERALES, Appellant-Respondent, v BRADFORD NATIONAL CORPORATION et al., Respondents, and McDONNELL DOUGLAS CORPORATION et al., Respondents-Appellants.—Order, Supreme Court, New York County (Myriam Altman, J.), entered on October 5, 1988, unanimously affirmed for the reasons stated by Myriam Altman, J., without costs and without disbursements. Concur—Kupferman, J. P., Carro, Asch, Ellerin and Smith, JJ.

■ SERBIAN EASTERN ORTHODOX DIOCESE FOR THE UNITED STATES OF AMERICA AND CANADA et al., Respondents, v SERBIAN EASTERN ORTHODOX DIOCESE FOR THE UNITED STATES OF AMERICA AND CANADA, Defendant, and SRPSKA ISTOCNO-PRAVOSLAVNA CRKVA SVETOGA SAVE, INC., et al., Appellants.—Order, Supreme Court, New York County (Leonard Cohen, J.), entered on or about September 29, 1988, unanimously affirmed for reasons stated by Leonard Cohen, J., without costs and without disbursements. Concur—Kupferman, J. P., Carro, Asch, Ellerin and Smith, JJ.

■ In the Matter of STEPHANIE JOSEPHINE C., an Infant. COMMISSIONER OF SOCIAL SERVICES OF THE CITY OF NEW YORK, Respondent; MARY C. et al., Appellants.—Order, Family Court, New York County (Felice Shea, J.), entered on February 4, 1988, unanimously affirmed, without costs and without disbursements. Motion by appellant Steven C. to strike portions of Law Guardian's brief and petitioner-respondent's brief and for other related relief denied. No opinion. Concur—Sullivan, J. P., Milonas, Kassal, Rosenberger and Wallach, JJ.